Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

JS-6

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY BARBARA MALLOY, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>RENOVATEWORKS INC<br><br>    *Defendant.* | Case No. 2:24-cv-08131-JLS-MAR<br><br><br>ORDER [15] |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties have advised the Court that the parties are dismissing their claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). None of the rights of any putative class members, other than the Plaintiff, have been released or are otherwise affected by this dismissal.

IT IS SO ORDERED.
Date: March 6, 2025

*Josephine L. Staton*
_____
Josephine L. Staton
United States District Judge